No. 481. FIRST CAMDEN NATIONAL BANK & TRUST Co. *v.* LAPINSOHN ET UX. Super. Ct. Pa. Certiorari denied. *John P. Hauch, Jr.,* for petitioner. *Yale B. Bernstein* for respondents.

No. 482. MORETTI *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *George R. Sommer* for petitioner.

No. 484. SCROGGINS *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Byron N. Scott* for petitioner. *Solicitor General Griswold* for the United States.

No. 485. LONDON & OVERSEAS INSURANCE CO. ET AL. *v.* BUNGE CORP. ET AL. C. A. 2d Cir. Certiorari denied. *William Warner, William Garth Symmers,* and *Frederick Fish* for petitioners. *Philip C. Scott* for Bunge Corp., and *Peter H. Kaminer, Edwin J. Wesely,* and *Marie L. McCann* for Banker, respondents.

No. 472. GARRETT ET AL. *v.* UNITED STATES. C. A. 5th Cir. Motion to dispense with printing petition granted. Certiorari denied. *Emmett Colvin, Jr.,* and *Joe H. Tonahill* for petitioners. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 486. HOUSTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Marshall Tamor Golding* for the United States.